# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL MCGHEE,<br><br>            Plaintiff,<br><br>    vs.<br><br>SYNCHRONY BANK, Does 1-10 inclusive,<br><br>            Defendant. | Case No.: 2:20-CV-01434-TLN-KJN<br><br>**ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS**<br><br>Complaint Filed: July 16, 2020<br><br>Current Resp. Date: August 27, 2020<br>New Resp. Date: September 10, 2020 |

The Court has reviewed the Joint Stipulation to Extend Time to Respond to Complaint made by and between Plaintiff April McGhee ("Plaintiff") and Defendant Synchrony Bank ("Synchrony").

**IT IS ORDERED** that the Joint Stipulation is granted.  Synchrony shall have through September 10, 2020 to respond to the Complaint.

DATED: August 25, 2020

_____
Troy L. Nunley
United States District Judge